**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROBERT DILLON,

    *Plaintiff*,

v.                                                     Case No. 2:26-cv-1936

CITY OF JACKSONVILLE BEACH, *et al.*,

    *Defendants*.

_____/

## <u>MOTION FOR SPECIAL ADMISSION</u>

Nathan Freed Wessler, Esquire, moves for special admission to represent the plaintiff in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in no cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

1

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Nathan Freed Wessler
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nwessler@aclu.org

Respectfully submitted June 10, 2026,

|  |  |
|---|---|
| | /s/ Nicholas L.V. Warren |
| Ira J. Lipton* | Nathan Freed Wessler* |
| Siddartha Rao* | Lauren J. Yu* |
| Steven M. Silverberg* | **American Civil Liberties Union Foundation** |
| **Hoguet Newman** | 125 Broad Street, 18th Floor |
| **Regal & Kenney, LLP** | New York, NY 10004 |
| 60 East 42nd Street, 48th Floor | (212) 549-2500 |
| New York, NY 10165 | nwessler@aclu.org |
| (212) 689-8808 | lyu@aclu.org |
| ilipton@hnrklaw.com | |
| srao@hnrklaw.com | Nicholas L.V. Warren (FBN 1019018) |
| ssilverberg@hnrklaw.com | Daniel B. Tilley (FBN 102882) |
| | **ACLU Foundation of Florida** |
| *Special admission motion pending* | 4343 West Flagler Street, Suite 400 |

2

Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*

3