### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

ROBERT DILLON,

    *Plaintiff*,

v.                                                                 Case No. 2:26-cv-1936

CITY OF JACKSONVILLE BEACH, *et al.*,

    *Defendants*.

_____/

### MOTION FOR SPECIAL ADMISSION

Steven M. Silverberg, Esquire, moves for special admission to represent the plaintiff in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the Southern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in no cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

1

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Steven M. Silverberg
Steven M. Silverberg
**Hoguet Newman**
**Regal & Kenney, LLP**
60 East 42nd Street, 48th Floor
New York, NY 10165
(212) 689-8808
ssilverberg@hnrklaw.com

Respectfully submitted June 10, 2026,

/s/ Nicholas L.V. Warren

Ira J. Lipton*                          Nathan Freed Wessler*
Siddartha Rao*                          Lauren J. Yu*
Steven M. Silverberg*                   **American Civil Liberties Union Foundation**
**Hoguet Newman**                       125 Broad Street, 18th Floor
**Regal & Kenney, LLP**                 New York, NY 10004
60 East 42nd Street, 48th Floor         (212) 549-2500
New York, NY 10165                      nwessler@aclu.org
(212) 689-8808                          lyu@aclu.org
ilipton@hnrklaw.com
srao@hnrklaw.com                        Nicholas L.V. Warren (FBN 1019018)
ssilverberg@hnrklaw.com                 Daniel B. Tilley (FBN 102882)
                                        **ACLU Foundation of Florida**
*Special admission motion pending       4343 West Flagler Street, Suite 400
                                        Miami, FL 33134

2

(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*