UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,
       Plaintiff,

                                   Case No.: 2:26-cv-01936-JES-KRH

v.

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES WALTERS;
T.K. WATERS, in his official capacity as
Sheriff of Jacksonville; and BOB GUALTIERI,
in his official capacity as Sheriff of Pinellas
County,
       Defendants.
_____/

## NOTICE OF APPEARANCE

Paul G. Rozelle, who is admitted and authorized to practice in this court,

notices his appearance as counsel for Bob Gualtieri, in his official capacity as Sheriff

of Pinellas County, and requests that all other parties serve on him copies of all

pleadings and other papers filed or served in this action.

Respectfully submitted,

 /s/ Paul G. Rozelle
Paul G. Rozelle, FBN: 75948
Pinellas County Sheriff's Office
10750 Ulmerton Rd
Largo, FL  33778
Telephone:  (727) 582-6274
Facsimile:   (727) 582-6459
*prozelle@pcsonet.com*
*rreuss@pcsonet.com*
Counsel for Bob Gualtieri, Sheriff
of Pinellas County