UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,
       Plaintiff,

v.                                 Case No.: 2:26-cv-01936-JES-KRH

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES WALTERS;
T.K. WATERS, in his official capacity as
Sheriff of Jacksonville; and BOB GUALTIERI,
in his official capacity as Sheriff of Pinellas
County,
       Defendants.
_____/

## DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), Paul G. Rozelle is designated as lead counsel

in this case for Bob Gualtieri, in his official capacity as Sheriff of Pinellas County,

Florida.

Respectfully submitted,

 /s/ Paul G. Rozelle
Paul G. Rozelle, FBN: 75948—Lead Counsel
Pinellas County Sheriff's Office
10750 Ulmerton Rd
Largo, FL  33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*rreuss@pcsonet.com*
Counsel for Sheriff Gualtieri