UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,

    Plaintiff,

v.                                                                    Case No. 2:26-cv-1936 JES-KRH

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES
WALTERS; T.K. WATERS, in his
official capacity as Sheriff of Jacksonville;
and BOB GUALTIERI, in his official
capacity as Sheriff of Pinellas County,

    Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), David R. Jadon of the law firm of Roper,

Townsend & Sutphen, P.A., gives his notice of designation as Lead Counsel on behalf

of defendant, CITY OF JACKSONVILLE BEACH, in the above styled cause.

Respectfully submitted,

*/s/ David Jadon*
David Jadon
Florida Bar No. 1010249

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished via CM/ECF on this 19th day of June, 2026, to: Nicholas L.V. Warren,

Lead Counsel, ACLU Foundation of Florida, 4343 West Flagler Street, Suite 400,

1

Miami, FL 33134, nwarren@aclufl.org; Nathan Freed Wessler, Lauren J. Yu, American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004, nwessler@aclu.org; lyu@aclu.org; Ira J. Lipton, Siddartha Rao, Steven M. Silverberg, Hoguet Newman, Regal & Kenney, LLP, 60 East 42nd Street, 48th Floor, New York, NY 10165, ilipton@hnrklaw.com; srao@hnrklaw.com; ssilverberg@hnrklaw.com *Counsels for Plaintiff.*

/s/ David Jadon
David Jadon, Esquire
Florida Bar No.: 1010249
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary e-mail: djadon@roperpa.com
Secondary e-mail: lramirez@roperpa.com
Attorney for Defendant, *CITY OF JACKSONVILLE BEACH*