**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROBERT DILLON,

    *Plaintiff,*

v.                                                    Case No. 2:26-cv-1936-JES-KRH

CITY OF JACKSONVILLE BEACH, *et al.*,

    *Defendants.*

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOB GUALTIERI</u>**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses without prejudice all claims against only Defendant Bob Gualtieri, in his official capacity as Sheriff of Pinellas County.

    Respectfully submitted June 25, 2026,

<table>
<tr><td>

Ira J. Lipton*
Siddartha Rao*
Steven M. Silverberg*
**Hoguet Newman
Regal & Kenney, LLP**
60 East 42nd Street, 48th Floor
New York, NY 10165
(212) 689-8808
ilipton@hnrklaw.com
srao@hnrklaw.com
ssilverberg@hnrklaw.com

* *Special admission*

</td><td>

 */s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org

Nathan Freed Wessler*
Lauren J. Yu*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
nwessler@aclu.org
lyu@aclu.org

</td></tr>
</table>

*Counsel for Plaintiff*

1