UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,

     Plaintiff,

v.                                        Case No: 2:26-cv-1936-JES-KRH

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES
WALTERS; T.K., in his
official capacity as Sheriff
of Jacksonville; BOB
GUALTIERI, in his official
capacity as Sheriff of
Pinellas County,

     Defendants.

_____

**ORDER**

This matter comes before the Court on a Notice of Voluntary Dismissal of Defendant Bob Gualtieri (Doc. #23) filed on June 25, 2026. Plaintiff seeks to dismiss all claims against Bob Gualtieri, in his official capacity as Sheriff of Pinellas County only. The case otherwise remains pending as to the remaining defendants who have not yet appeared in the case.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), defendant Bob Gualtieri, in his official capacity as Sheriff of Pinellas County, is deemed **dismissed** without prejudice. The Clerk shall terminate

this defendant on the docket and correct the caption of the case to reflect the dismissal.

**DONE and ORDERED** at Fort Myers, Florida, this ___26th___ day of June 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record

- 2 -