AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida    ▾

| | |
|---|---|
| ROBERT DILLON,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF JACKSONVILLE BEACH, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:26-cv-1936<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sheriff T.K. Waters
City of Jacksonville
c/o Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaMelendez

Date:    June 10, 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-1936

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jacksonville Sheriff T.K. Waters

was received by me on *(date)*   6/10/2026                      .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Rapunzel Bean, Assistant to Office Administrator , who is

designated by law to accept service of process on behalf of *(name of organization)*

Jacksonville Sheriff's Office                on *(date)* 6/10/2026         ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ 6.16        for travel and $ 0.00        for services, for a total of $ 6.16          .

I declare under penalty of perjury that this information is true.

Date:  6/29/2026                 /s/ Nicholas Warren
                                   *Server's signature*

                                   Nicholas Warren, Senior Staff Attorney
                                   *Printed name and title*

                                   ACLU Foundation of Florida
                                   4343 West Flagler Street, Suite 400
                                   Miami, FL 33134
                                   *Server's address*

Additional information regarding attempted service, etc: