## INDEPENDENT ADMINISTRATOR-SEQUENIAL PHOTO ARRAY FORM-WITNESS/VICTIM

Witness/Victim Name: Brenda Wilson

Date: 1/10/24          Time: 1:50 pm          CCR# 230004169

### Read to witness before the photo display and have witness/victim read and initial below:

You will be asked to view a series of photographs of individuals.

It is just as important to clear innocent persons from suspicion as to identify guilty parties.

The person of interest may or may not be in this photo array and the photos are not in any particular order.

I have no knowledge whether the person being investigated is included in this series.

Individuals presented in this series may not appear exactly as they did on the date of the incident, as features such as head and facial hair are subject to change.

You should not feel compelled to make an identification. If you do identify someone, I will have you designate the photograph of the person you have identified by signing and placing the date on the back of the photograph.

Regardless of whether you make an identification, we will continue to investigate the incident.

The photos will be shown to you one at a time and are not in any particular order. Take as much time as you need to examine each photo. If you make an identification, I will continue to show you the remaining photos in the series.

Since this is an ongoing investigation, you should not discuss the identification procedures or results.

**Please initial here if you understand the above instructions:** _(BW)_

Complete **AFTER** the photo array:

The sequential photo array I was shown consisted of ___6___ photos.

**Choose:**

( ) I am unable to select any photo as being the person who _____

(✓) I have selected photo # ___2___ as the person who _was wearing Black Trench Coat_

_Brenda Wils___
Your Signature                                    1-10-24
                                                 Date

**Witnessed By:**

_Justin Gih___ #1217
Investigator Administering Photo Array              1-10-24
                                                 Date

**Note: Document any refusal or inability of the witness to complete this form.**

## AFFIDAVIT

### STATE OF FLORIDA, IN AND FOR DUVAL COUNTY

NAME: Brenda Wilson ADDRESS: 1251 3rd St Mcdonadls

DOB: 6-11-63    HOME PHONE: 904    WORK PHONE:

CASE NUMBER: 230004169

Before me, the undersigned personally appeared, who being by me duly sworn, deposes and states:

On the 10th day of Jan , 20 24 .

officer showed 6 photos I am 100% percent Sure Of that # 2 was the Man that was here that night wearing a Black Trench Coat.

the father can in and ask me if I have seen the Black man in the Trench Coat if told him yes. he let me know that this man had Lunge his child in Bath room and he was Calling the Cops.

I SWEAR/AFFIRM THE ABOVE STATEMENT IS TRUE AND CORRECT.

Brenda Wilson
OFFICER/AFFIANT SIGNATURE

Brenda Wilson
NAME (PRINTED)

DATE: 1-10-24    TIME: 2:30    ID NUMBER:

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED

AUTHORITY THIS 10th DAY OF JAN 2024

#1217
NAME/TITLE OF PERSON AUTHORIZED TO ADMINISTER OATH
(NOTARY PUBLIC OR LAW ENFORCEMENT OFFICER)
PER FSS 117.10