UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,

      Plaintiff,

v.                                                                                  Case No. 2:26-cv-1936 JES-KRH

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES
WALTERS; T.K. WATERS, in his
official capacity as Sheriff of Jacksonville,

      Defendants.

_____/

### DEFENDANT CITY OF JACKSONVILLE BEACH'S UPDATED LOCAL RULE 3.01(g) CERTIFICATION REGARDING DEFENDANT'S MOTION TO TRANSFER

Pursuant to Local Rule 3.01(g), the undersigned counsel for Defendant City of Jacksonville Beach, ("City") updates its conferral to Defendants' Motion to Transfer (Doc. 31) with Plaintiff, Robert Dillon. On July 3, 2026, the undersigned conferred with Steven Silverberg via email who affirmed that Plaintiff is opposed to the Motion to Transfer.


      Respectfully submitted,

      /s/ David R. Jadon
      David R. Jadon, Esquire
      Florida Bar No.: 1010249

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF on this 6th day of July, 2026, to: Nicholas L.V. Warren, Lead Counsel Daniel B. Tilley, ACLU Foundation of Florida, 4343 West Flagler Street, Suite 400, Miami, FL 33134, nwarren@aclufl.org; dtilley@aclufl.org; Nathan Freed Wessler, Lauren J. Yu, American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004, nwessler@aclu.org; lyu@aclu.org; Ira J. Lipton, Siddartha Rao, Steven M. Silverberg, Hoguet Newman, Regal & Kenney, LLP, 60 East 42nd Street, 48th Floor, New York, NY 10165, ilipton@hnrklaw.com; srao@hnrklaw.com; ssilverberg@hnrklaw.com *Counsels for Plaintiff*.

> /s/ David Jadon
> David Jadon, Esquire
> Florida Bar No.: 1010249
> Roper, Townsend & Sutphen, P.A.
> 255 S. Orange Avenue, Suite 750
> Orlando, FL  32801
> Telephone: (407) 897-5150
> Facsimile: (407) 897-3332
> Primary e-mail: djadon@roperpa.com
> Secondary e-mail: lramirez@roperpa.com
> Attorney for Defendant, *CITY OF JACKSONVILLE BEACH*

2