UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,

              Plaintiff,

  v.

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES
WALTERS; T.K. WATERS, in his
official capacity as Sheriff of
Jacksonville; and BOB GUALTIERI, in
his official capacity as Sheriff of Pinellas
County,

              Defendants.

_____/

CASE NO: 2:26-cv-1936-JES-KRH

**DEFENDANT T.K. WATERS'**
**ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

Defendant T.K. Waters, in his official capacity as the Sheriff of the City

of Jacksonville, answers the correspondingly numbered paragraphs of

Plaintiff's Complaint [Doc. 1] as follows:

1.     The allegations of this paragraph are not contemplated under

Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are

denied.

2.     The allegations of this paragraph are not contemplated under

Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are

denied.

3.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

4.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

5.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

6.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

7.      The allegations of this paragraph are not contemplated under Fed. R. Civ. P. 8(a). To the extent a response is required, the allegations are denied.

8.      Admitted for jurisdictional purposes only.

9.      Admitted for purposes of venue, but denied that the Fort Myers Division is the appropriate division, as all remaining Defendants are located in the Jacksonville Division.

10.     Without knowledge and therefore denied.

11.     Admitted.

12. Without knowledge and therefore denied.

13. Admitted that Waters is the Sheriff of the City of Jacksonville, that he is sued in his official capacity, and that the Jacksonville Sheriff's Office (JSO) is the law enforcement agency of the Consolidated City of Jacksonville. The remainder of this paragraph is denied.

14. Without knowledge and therefore denied.

15. Admitted that Walters was at all times relevant employed as a sergeant with JSO. The remainder of this paragraph is denied.

16. Without knowledge and therefore denied.

17. Without knowledge and therefore denied.

18. Without knowledge and therefore denied.

19. Without knowledge and therefore denied.

20. Without knowledge and therefore denied.

21. Without knowledge and therefore denied.

22. Without knowledge and therefore denied.

23. Without knowledge and therefore denied.

24. Without knowledge and therefore denied.

25. Without knowledge and therefore denied.

26. Without knowledge and therefore denied.

27. Without knowledge and therefore denied.

28. Without knowledge and therefore denied.

29. Without knowledge and therefore denied.

30. Without knowledge and therefore denied.

31. Without knowledge and therefore denied.

32. Without knowledge and therefore denied.

33. Without knowledge and therefore denied.

34. Without knowledge and therefore denied.

35. Without knowledge and therefore denied.

36. Admitted as to the first sentence of this paragraph; the remainder is denied.

37. Without knowledge and therefore denied.

38. Without knowledge and therefore denied.

39. Without knowledge and therefore denied.

40. Without knowledge and therefore denied.

41. Without knowledge and therefore denied.

42. Without knowledge and therefore denied.

43. Without knowledge and therefore denied.

44. Without knowledge and therefore denied.

45. Without knowledge and therefore denied.

46. Without knowledge and therefore denied.

47. Denied.

48. Without knowledge and therefore denied.

49.    Without knowledge and therefore denied.

50.    Without knowledge and therefore denied.

51.    Without knowledge and therefore denied.

52.    Without knowledge and therefore denied.

53.    Without knowledge and therefore denied.

54.    Without knowledge and therefore denied.

55.    Denied.

56.    Denied.

57.    Without knowledge and therefore denied.

58.    Denied as to JSO; otherwise without knowledge and therefore denied.

59.    Without knowledge and therefore denied.

60.    Without knowledge and therefore denied.

61.    Without knowledge and therefore denied.

62.    Without knowledge and therefore denied.

63.    Without knowledge and therefore denied.

64.    Without knowledge and therefore denied.

65.    Without knowledge and therefore denied.

66.    Without knowledge and therefore denied.

67.    Without knowledge and therefore denied.

68.    Without knowledge and therefore denied.

69.    Without knowledge and therefore denied.

70.    Without knowledge and therefore denied.

71.    Without knowledge and therefore denied.

72.    Without knowledge and therefore denied.

73.    Without knowledge and therefore denied.

74.    Without knowledge and therefore denied.

75.    Without knowledge and therefore denied.

76.    Without knowledge and therefore denied.

77.    Without knowledge and therefore denied.

78.    Without knowledge and therefore denied.

79.    Without knowledge and therefore denied.

80.    Without knowledge and therefore denied.

81.    Without knowledge and therefore denied.

82.    Without knowledge and therefore denied.

83.    Without knowledge and therefore denied.

84.    Without knowledge and therefore denied.

85.    Denied as phrased.

86.    Denied.

87.    Denied as phrased.

88.    Denied as phrased.

89.    Denied.

6

90. Denied.

91. Denied as phrased.

92. Denied.

93. Without knowledge and therefore denied.

94. Without knowledge and therefore denied.

95. Without knowledge and therefore denied.

96. Without knowledge and therefore denied.

97. Without knowledge and therefore denied.

98. Denied.

99. Without knowledge and therefore denied.

100. Without knowledge and therefore denied.

101. Without knowledge and therefore denied.

102. Without knowledge and therefore denied.

103. Without knowledge and therefore denied.

104. Without knowledge and therefore denied.

105. Without knowledge and therefore denied.

106. Without knowledge and therefore denied.

107. Without knowledge and therefore denied.

108. Without knowledge and therefore denied.

109. Without knowledge and therefore denied.

110. Without knowledge and therefore denied.

111. Without knowledge and therefore denied.

112. Without knowledge and therefore denied.

113. Without knowledge and therefore denied.

114. Without knowledge and therefore denied.

115. Without knowledge and therefore denied.

116. Without knowledge and therefore denied.

117. Without knowledge and therefore denied.

118. Without knowledge and therefore denied.

119. Without knowledge and therefore denied.

120. Without knowledge and therefore denied.

121. Without knowledge and therefore denied.

122. Without knowledge and therefore denied.

123. Without knowledge and therefore denied.

124. Without knowledge and therefore denied.

125. Without knowledge and therefore denied.

126. Without knowledge and therefore denied.

127. Without knowledge and therefore denied.

128. Without knowledge and therefore denied.

129. Without knowledge and therefore denied.

130. Without knowledge and therefore denied.

131. Without knowledge and therefore denied.

132.  Without knowledge and therefore denied.

133.  Without knowledge and therefore denied.

134.  Without knowledge and therefore denied.

135.  Without knowledge and therefore denied.

136.  Without knowledge and therefore denied.

137.  Without knowledge and therefore denied.

138.  Without knowledge and therefore denied.

139.  Without knowledge and therefore denied.

140.  Without knowledge and therefore denied.

141.  Without knowledge and therefore denied.

142.  Without knowledge and therefore denied.

143.  Without knowledge and therefore denied.

144.  Without knowledge and therefore denied.

145.  Without knowledge and therefore denied.

146.  Without knowledge and therefore denied.

147.  Without knowledge and therefore denied.

148.  Without knowledge and therefore denied.

149.  Without knowledge and therefore denied.

150.  Denied.

151.  Without knowledge and therefore denied.

152.  Without knowledge and therefore denied.

153. Without knowledge and therefore denied.

154. Without knowledge and therefore denied.

155. Without knowledge and therefore denied.

156. Without knowledge and therefore denied.

157. Without knowledge and therefore denied.

158. Without knowledge and therefore denied.

159. Without knowledge and therefore denied.

160. Without knowledge and therefore denied.

161. Without knowledge and therefore denied.

162. Without knowledge and therefore denied.

163. Without knowledge and therefore denied.

164. Without knowledge and therefore denied.

165. Without knowledge and therefore denied.

166. Without knowledge and therefore denied.

167. Without knowledge and therefore denied.

168. Without knowledge and therefore denied.

169. Without knowledge and therefore denied.

170. Without knowledge and therefore denied.

171. Without knowledge and therefore denied.

172. Without knowledge and therefore denied.

173. Without knowledge and therefore denied.

174. Without knowledge and therefore denied.

175. Without knowledge and therefore denied.

176. Without knowledge and therefore denied.

177. Without knowledge and therefore denied.

178. Without knowledge and therefore denied.

179. Denied as phrased.

180. Without knowledge and therefore denied.

181. Without knowledge and therefore denied.

182. Without knowledge and therefore denied.

183. Without knowledge and therefore denied.

184. Without knowledge and therefore denied.

185. Without knowledge and therefore denied.

186. Without knowledge and therefore denied.

187. Without knowledge and therefore denied.

188. Without knowledge and therefore denied.

189. Without knowledge and therefore denied.

190. Without knowledge and therefore denied.

191. Without knowledge and therefore denied.

192. Without knowledge and therefore denied.

193. Without knowledge and therefore denied.

194. Without knowledge and therefore denied.

195. Without knowledge and therefore denied.

196. Without knowledge and therefore denied.

197. Without knowledge and therefore denied.

198. Without knowledge and therefore denied.

199. Without knowledge and therefore denied.

200. Without knowledge and therefore denied.

201. Without knowledge and therefore denied.

202. Without knowledge and therefore denied.

203. Without knowledge and therefore denied.

204. Without knowledge and therefore denied.

205. Without knowledge and therefore denied.

206. Without knowledge and therefore denied.

207. Without knowledge and therefore denied.

208. Without knowledge and therefore denied.

209. Without knowledge and therefore denied.

210. Without knowledge and therefore denied.

211. Without knowledge and therefore denied.

212. Without knowledge and therefore denied.

213. Without knowledge and therefore denied.

214. Without knowledge and therefore denied.

215. Without knowledge and therefore denied.

216.   Without knowledge and therefore denied.

217.   Without knowledge and therefore denied.

218.   Without knowledge and therefore denied.

219.   Without knowledge and therefore denied.

220.   Without knowledge and therefore denied.

221.   Without knowledge and therefore denied.

222.   Without knowledge and therefore denied.

223.   Without knowledge and therefore denied.

224.   Without knowledge and therefore denied.

225.   Denied.

226.   Denied.

227.   Denied.

228.   Denied.

229.   Denied.

230.   Denied.

231.   Denied.

232.   Denied.

233.   Denied.

234.   Denied.

235.   Denied.

236.   Denied.

13

237. Denied.

238. Denied as phrased.

239. Without knowledge and therefore denied.

240. Denied.

241. Denied.

242. Denied.

243. Denied.

244. Denied.

245. Denied.

246. Without knowledge and therefore denied.

247. Without knowledge and therefore denied.

248. Without knowledge and therefore denied.

249. Without knowledge and therefore denied.

250. Without knowledge and therefore denied.

251. Without knowledge and therefore denied.

252. Without knowledge and therefore denied.

253. Without knowledge and therefore denied.

254. Without knowledge and therefore denied.

255. Without knowledge and therefore denied.

256. Without knowledge and therefore denied.

257. Without knowledge and therefore denied.

258. Without knowledge and therefore denied.

259. Without knowledge and therefore denied.

260. Without knowledge and therefore denied.

261. Without knowledge and therefore denied.

262. Without knowledge and therefore denied.

263. Without knowledge and therefore denied.

264. Without knowledge and therefore denied.

265. Without knowledge and therefore denied.

266. Without knowledge and therefore denied.

267. Without knowledge and therefore denied.

268. Without knowledge and therefore denied.

269. Without knowledge and therefore denied.

270. Without knowledge and therefore denied.

271. Without knowledge and therefore denied.

272. Without knowledge and therefore denied.

273. Without knowledge and therefore denied.

274. Without knowledge and therefore denied.

275. Without knowledge and therefore denied.

276. Without knowledge and therefore denied.

277. Without knowledge and therefore denied.

278. Without knowledge and therefore denied.

279. Without knowledge and therefore denied.

280. Without knowledge and therefore denied.

## COUNT I

281 – 289. The allegations of this count are not addressed to this defendant, so no response is required. To the extent the allegations of this count can be construed against this defendant, they are denied.

## COUNT II

290 – 298. The allegations of this count are not addressed to this defendant, so no response is required. To the extent the allegations of this count can be construed against this defendant, they are denied.

## COUNT III

299. Defendant reasserts and realleges its responses to paragraphs 1-7, 16-42, 46-58, 85-100, 183-191, and 204-224 as if fully set forth herein.

300. Denied.

301. Denied.

302. Denied.

303. Denied.

304. Denied.

305. Denied.

306. Denied.

307. Denied.

16

## COUNT IV

308 – 314.   The allegations of this count are not addressed to this defendant, so no response is required. To the extent the allegations of this count can be construed against this defendant, they are denied.

315.   Defendant denies all paragraphs, including all sub-parts, and allegations in Plaintiff's Complaint that are not specifically admitted.

## AFFIRMATIVE DEFENSES

1.   Plaintiff's damages were actually and proximately caused by third parties over whom this Defendant had no authority or control, including but not limited to the City of Jacksonville Beach and its agents and employees, the Office of the State Attorney for the Fourth Judicial Circuit and its agents and employees, and witnesses interviewed by the Jacksonville Beach Police Department who identified Plaintiff as a suspect.

2.   The issuance of the arrest warrant by a neutral and detached magistrate was a superseding cause of the violations of which Plaintiff complains.

3.   The City of Jacksonville and JSO had an express policy to not rely solely on the results of facial recognition technology as a basis for probable cause.

4.   At all times material, Defendant acted reasonably and in good faith.

17

5. The complaint fails to state a cause of action.

6. Probable cause existed for the arrest and charging of Plaintiff.

7. Plaintiff has failed to mitigate his damages.

## DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Sonya Harrell*
SONYA HARRELL
Deputy General Counsel, Tort Dept.
Florida Bar No.:  42803
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 255-5060
Facsimile: (904) 255-5120
SonyaH@coj.net; BOsburn@coj.net
*Counsel for Defendant Waters*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice to all counsel of record.

*/s/ Sonya Harrell*
SONYA HARRELL
Deputy General Counsel

18