UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT DILLON,

                                          CASE NO: 2:26-cv-1936-JES-KRH

         Plaintiff,

   v.

CITY OF JACKSONVILLE BEACH;
SCOTT O'CONNELL; JAMES
WALTERS; T.K. WATERS, in his
official capacity as Sheriff of
Jacksonville; and BOB GUALTIERI, in
his official capacity as Sheriff of Pinellas
County,

         Defendants.

_____/

## **NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the undersigned, BRETT G. MERENESS, is

appearing as lead counsel of record on behalf of Defendant JAMES WALTERS.

Please kindly forward all future pleadings, papers, and correspondence

regarding the above-styled cause to the undersigned.

                                       **OFFICE OF GENERAL COUNSEL**
                                       **CITY OF JACKSONVILLE**

                                       *__/s/ Brett G. Mereness__*
                                       BRETT G. MERENESS
                                       Chief General Counsel, Tort Dept.
                                       Florida Bar No.: 98691
                                       117 West Duval Street, Suite 480
                                       Jacksonville, FL  32202

Telephone: (904) 255-5073
Facsimile: (904) 255-5120
BrettM@coj.net; BOsburn@coj.net
*Counsel for Defendant Walters*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2026, a true and correct copy of the foregoing was electronic served to all counsel of record who are participants in the Court's ECF filing system.

*/s/ Brett G. Mereness*
Brett G. Mereness
Chief General Counsel