## AFFIDAVIT OF NON-SERVICE

| Case: 2:26-cv-1936 | Court: United States District Court for the Middle District of Florida | County: | Job: 16366990 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Robert Dillon | | **Defendant / Respondent:** City of Jacksonville Beach, et al | |
| **Received by:** Investigation and Settlement Solutions of Florida | | **For:** American Civil Liberties Union of Florida | |
| **To be served upon:** Scott O'Connell | | | |

I, Kimberly Brown, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Scott O'Connell, 128 Saint Andrews Place Drive, St. Augustine, FL 32092
**Manner of Service:**    Non-Service
**Documents:**    Summons (Received Jul 14, 2026 at 2:33pm EDT), Complaint (Received Jul 14, 2026 at 2:33pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jul 15, 2026, 2:01 pm EDT at 128 Saint Andrews Place Drive, St. Augustine, FL 32092
No one answered knock on door or doorbell , police car in driveway, no other vehicles

2) Unsuccessful Attempt: Jul 16, 2026, 10:00 am EDT at 128 Saint Andrews Place Drive, St. Augustine, FL 32092
No one answered doorbell or knock on door , police car in driveway.

3) Unsuccessful Attempt: Jul 17, 2026, 11:22 am EDT at 128 Saint Andrews Place Drive, St. Augustine, FL 32092
No change to the home from previous attempt. Left card with my contact information at door.

4) Unsuccessful Attempt: Jul 20, 2026, 6:29 pm EDT at 128 Saint Andrews Place Drive, St. Augustine, FL 32092
No one answered door, no vehicles in driveway. Card that I left at previous attempt is missing from the door. Subject has not responded.

*Kimberly Brown*

07/20/2026

Kimberly Brown    Date
SPS59

Investigation and Settlement Solutions of Florida
1137 Westfield Way
St. Augustine, FL 32095
904-655-3081

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida  ▾

|  |  |
|---|---|
| ROBERT DILLON, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) ) Civil Action No. 2:26-cv-1936 |
| CITY OF JACKSONVILLE BEACH, et al., | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott O'Connell
128 Saint Andrews Place Drive
St. Augustine, FL 32092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nicholas Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JessicaMelendez

Date:   June 10, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-1936

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Scott O'Connell

was received by me on *(date)*   6/10/2026   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   no one answered the door   ; or

❒ Other *(specify):*


My fees are $   47.65   for travel and $   0.00   for services, for a total of $   47.65   .

I declare under penalty of perjury that this information is true.

Date:   7/17/2026

*Server's signature*

Nicholas Warren, Senior Staff Attorney
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc:

I arrived at the house at 8:00pm on 7/17/26. No one answered the door. A Jacksonville Beach Police Department cruiser was in the driveway and the blinds were drawn.