## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ROBERT DILLON,

    *Plaintiff*,

v.

CITY OF JACKSONVILLE
BEACH, *et al.*,

    *Defendants*.

_____/

Case No. 2:26-cv-1936-SPC-KRH

### PLAINTIFF'S NOTICE OF UNEXECUTED WAIVER OF SERVICE

Plaintiff Robert Dillon gives notice that Defendant Scott O'Connell did not execute a waiver of service, as follows:

1.    On June 11, 2026, undersigned counsel mailed Mr. O'Connell a notice of this action and requested that he waive service. A copy is attached.

2.    The notice and request complied with all of Rule 4(d)(1)'s requirements.

3.    In accordance with Rule 4(d)(1)(F), the request gave Mr. O'Connell until July 13, 2026—30 days after the request was sent—to return the waiver.

4.    Mr. O'Connell has not returned the waiver.

Respectfully submitted July 27, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiff*

1