June 11, 2026

Scott O'Connell
128 Saint Andrews Place Drive
St. Augustine, FL 32092

**Re: Waiver of service,** *Dillon v. City of Jacksonville Beach*

Dear Mr. O'Connell:

I represent the plaintiff in the enclosed lawsuit against you, *Dillon v. City of Jacksonville Beach*, Case No. 2:26-cv-1936 in the U.S. District Court for the Middle District of Florida.

In accordance with Federal Rule of Civil Procedure 4(d), I am notifying you of this lawsuit and requesting that you waive personal service of the summons. You may waive service by filling out one copy of the enclosed waiver form and returning it to me by July 13, 2026, by email or by mail using the stamped envelope.

The waiver form outlines the consequences of waiving and not waiving service.

If your attorney has already accepted service on your behalf by the time you receive this, please disregard this letter and waiver request.

Sincerely,



Nicholas Warren



Enclosures: Complaint, Summons, Service Waiver Form, Envelope



**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Florida

4343 West Flagler Street
Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
www.aclufl.org

**Nicholas Warren**
*Staff Attorney*