UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:26-cv-01936-SPC-KRH

ROBERT DILLON,

     Plaintiff,

vs.

CITY OF JACKSONVILLE BEACH,
SCOTT O'CONNELL, JAMES
WALTERS, T.K. WATERS, *in his
official capacity as Sheriff of Jacksonville,*

     Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW the law firm of **JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.**, reserving all rights on behalf of Defendant, **SCOTT O'CONNELL**, and hereby files this Notice of Appearance and Designation of E-Mail Addresses for and on behalf of said Defendant in the above styled cause.

It is requested that all future pleadings, notices and papers filed in this action be served upon **CHRISTOPHER J. STEARNS, ESQ.**

It is requested that Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA be added to the Certificate of Service list effective immediately.

## DESIGNATION OF E-MAIL ADDRESSES

The undersigned hereby designates the following e-mail addresses for the purpose of service of all documents requested to be served in this proceeding:

E-Service/Primary E-mail address: stearns@jambg.com

E-Service/Secondary E-mail addresses: young@jambg.com & nunez@jambg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY:  */s/Christopher J. Stearns*
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Counsel for O'Connell**
2455 East Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Stearns@jambg.com
young@jambg.com
nunez@jambg.com

## SERVICE LIST

**Ira J. Lipton, Esq.**
**Steven M. Silverberg, Esq.**
Hoguet Newman Regal & Kenney, LLP
**Counsel for Plaintiff**
60 East 42nd Street
Suite 48th Floor
New York, NY 10165
212-689-8808
ilipton@hnrklaw.com
ssilverberg@hnrklaw.com

**Lauren Jane Yu**
**Nathan Wessler**
American Civil Liberties Union Foundation
**Counsel for Plaintiff**
125 Broad Street, 18th Floor
New York, NY 10004
917-841-5964
lyu@aclu.org
nwessler@aclu.org

**Siddartha Rao**
**Counsel for Plaintiff**
60 East 42nd Street, 48th Floor
New York, NY 10165

**Nicholas Warren**
ACLU Foundation of Florida
**Counsel for Plaintiff**
4343 West Flagler St., Suite 400
Miami, FL 33134
786-363-1769
nwarren@aclufl.org

**David Jadon, Esq.**
Roper, Townsend & Sutphen, P.A.
Florida
**City of Jacksonville Beach**
255 S. Orange Ave., Suite 750
Orlando, FL 32801
407-897-5150
Email: djadon@roperpa.com

**Brett Gordon Mereness, Esq.**
Office of General Counsel
**Counsel for James Walters**
117 W Duval St Ste 480
Jacksonville, FL 32202
(904)255-5073
Email: BrettM@coj.net

**Sonya Harrell, Esq.**
Office of General Counsel
**Counsel for T.K. Waters**
117 W Duval Street., Suite 480
Jacksonville, FL 32202
904-255-5060
sonyah@coj.net

---

**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Counsel for Scott O'Connell**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
stearns@jambg.com
young@jambg.com
(954) 463-0100 (Phone)