# <u>RETURN OF SERVICE</u>

**State of Florida**

**County of Middle District of Florida**

Case Number: 2:26-CV-1936

Plaintiff:
**Robert Dillon**

vs.

Defendant:
**City of Jacksonville Beach, et al.**

For:
Nicholas Warren
ACLU Foundation of Florida
4343 West Flagler Street Suite 400
Jacksonville, FL 33134

Received by Investigation and Settlement Solutions on the 20th day of July, 2026 at 3:20 pm to be served on **Scott O'Connell, c/o Jacksonville Beach Police Department, 110 Penman Road South, Jacksonville, FL 32250**.

I, Bruce Tusher, do hereby affirm that on the **24th day of July, 2026** at **3:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and First Amended Complaint.** with the date and hour of service endorsed thereon by me, to: **Scott O'Connell** at the address of: **c/o Jacksonville Beach Police Department, 110 Penman Road South, Jacksonville, FL 32250**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Caucasian, Height: 5'9, Weight: 190, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

**Bruce Tusher**
1263

**Investigation and Settlement Solutions**
**1137 Westfield Way**
**St Augustine, FL 32095**

Our Job Serial Number: CNR-2026002611

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V